# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VOLPE, DENNIS | § | Case No. 09-44084 |
| VOLPE, E. MARIANNE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK  OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/05/2014 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/04/2014                    By: CLERK  OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VOLPE, DENNIS | § | Case No. 09-44084 |
| VOLPE, E. MARIANNE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 185,260.00 |
| and approved disbursements of | $ | 163,819.69 |
| leaving a balance on hand of[1] | $ | 21,440.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $          4,000.00 | $          0.00 | $          4,000.00 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $          19.68 | $          0.00 | $          19.68 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,019.68 |
| Remaining Balance | $ | 17,420.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 756,687.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RW Dunteman Co | $ 71,352.03 | $ 0.00 | $ 1,642.68 |
| 2 | Discover Bank | $ 4,754.11 | $ 0.00 | $ 109.45 |
| 3 | Chase Bank USA | $ 2,150.61 | $ 0.00 | $ 49.51 |
| 4 | Chase Bank USA | $ 21,239.34 | $ 0.00 | $ 488.98 |
| 5 | CNH Capital | $ 10,254.99 | $ 0.00 | $ 236.09 |
| 6 | Advanta Bank Corp | $ 8,422.11 | $ 0.00 | $ 193.90 |
| 7 | Wayne Zartler | $ 85,000.00 | $ 0.00 | $ 1,956.89 |
| 8 | American Express Bank | $ 184.17 | $ 0.00 | $ 4.24 |
| 9 | Geneva Construction Co | $ 333,656.92 | $ 0.00 | $ 7,681.53 |
| 10 | FIA Card Services /Bakn of America | $ 10,589.10 | $ 0.00 | $ 243.78 |
| 11 | Laborerrs Pension & Welfare Funds | $ 209,083.71 | $ 0.00 | $ 4,813.58 |

Total to be paid to timely general unsecured creditors          $          17,420.63

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-44084-DRC
Dennis Volpe                                                        Chapter 7
E. Marianne Volpe
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Aug 05, 2014
                             Form ID: pdf006         Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2014.
```
db/jdb       +Dennis Volpe,    E. Marianne Volpe,    29W621 Vale Road,    West Chicago, IL 60185-1724
14751745     +AHMSI,    PO Box 619063,    Dallas, TX 75261-9063
16626840      Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
14820675     +American Express,    PO Box 981540,    EL Paso TX 79998-1540
16790533      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14751747     +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14751748     +Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
14751754    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi,    P.O. Box 688901,    Des Moines, IA 50368)
14751757      CRA Payment Center,    PO Box 3900,    Lancaster, PA 17604-3900
14751751      Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
14983697     +Central Suburban Contracting & Main,    c/o John R Hubeny-Reg Agent,    200 E Chicago Ave #200,
               Westmont IL 60559-1756
14751752     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16589782      Chase Bank USA NA,    P.O. Box 15145,    Wilmington, DE 19850-5145
14751756     +Codilis & Associates,    15W030 N. Frontage Rd.,    Suite 100,    Willowbrook, IL 60527-6921
14751759      Florida Default Law Grooup, PL,    PO Box 25018,    Tampa, FL 33622-5018
16932289     +Geneva Construction Company,    C/O Kathleen Vaught, P.C.,    Attorney at Law,
               600 W. Roosevelt Road, Suite B-1,    Wheaton, IL 60187-2302
14751760     +George M. Cohan, III,    27790 Hacienda East Blvd.,    Unit 206A,    Bonita Springs, FL 34135-4595
14751761     +HSBC,    P.O. Box 17264,    Baltimore, MD 21297-1264
14751762     +Indy Mac Mortgage,    PO Box 78826,    Phoenix, AZ 85062-8826
16955240     +Laborers Pension and Welfare Funds,    Office of Fund Counsel c/o C Krivanek,
               111 W Jackson Blvd Ste 1415,    Chicago, IL 60604-3868
14751763      Laborers' Dist. Counsel of Chicago,    Chicago Office,    111 W. Jackson Blvd. Suite 1415,
               Chicago, IL 60604-3868
14751764     +Marshall C. Watson, PA,    1800 NW 49th Street,    Suite 120,    Fort Lauderdale, FL 33309-3092
14751765     +Mobil,    P.O. Box 688941,    Des Moines, IA 50368-8941
16541001     +RW Dunteman Company,    Berglund Armstrong & Mastny PC,    c/o Kenneth M Mastny,
               1010 Jorie Blvd #370,    Oak Brook IL 60523-4467
14751766     +Shell Fleet,    P.O. Box 183019,    Columbus, OH 43218-3019
14751768     +Swift Financial,    PO Box 3023,    Milwaukee, WI 53201-3023
14751770    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,    PO Box 5855,    Carol Stream, IL 60197)
14751769     +Taylor, Bean & Whitaker,    1417 North Magnolia,    Ocala, FL 34475-9078
14751771     +Wayne Zartler,    4N650 Turnmill,    West Chicago, IL 60185-1290
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14751744      E-mail/Text: bkr@cardworks.com Aug 06 2014 01:29:20     Advanta,    Box 8088,
               Philadelphia, PA 19101
14751749     +E-mail/Text: cms-bk@cms-collect.com Aug 06 2014 01:30:17     Capital Management,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
14751750     +E-mail/Text: cms-bk@cms-collect.com Aug 06 2014 01:30:17     Capital Management Services,
               726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
14751758     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:36:12     Discover,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
16553305      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:36:12     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16948417      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2014 01:34:29
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14751767     +E-mail/Text: appebnmailbox@sprint.com Aug 06 2014 01:30:41     Sprint,    PO Box 8077,
               London, KY 40742-8077
                                                                                       TOTAL: 7
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16955241      Laborers Welfare Fund of the Health and Welfare De
14751753*    +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14751746    ###Aurora Loan Services,    PO Box 1706,    Scottsbluff, NE 69363-1706
14751755     ##CNH Capital,    PO Box 1083,    Evansville, IN 47706-1083
                                                                          TOTALS: 1, * 1, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Aug 05, 2014
                             Form ID: pdf006            Total Noticed: 36

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
          Bradley S Covey    on behalf of Joint Debtor E. Marianne Volpe bradley.covey@gmail.com,
          susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
          Bradley S Covey    on behalf of Debtor Dennis  Volpe bradley.covey@gmail.com,
          susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
          brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
          Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Gloria C Tsotsos    on behalf of Creditor    Ocwen Loan Servicing, LLC nd-two@il.cslegal.com
          Joel P Fonferko    on behalf of Creditor    Ocwen Loan Servicing, LLC ND-One@il.cslegal.com
          Joseph P. Berglund    on behalf of Creditor    R.W. Dunteman Company berglundmastny@aol.com,
          berglundniew@aol.com
          Joseph P. Berglund    on behalf of Plaintiff    R.W. Dunteman Company berglundmastny@aol.com,
          berglundniew@aol.com
          Kathleen  Vaught    on behalf of Plaintiff    Geneva Construction Company attykv@yahoo.com
          Kathleen  Vaught    on behalf of Creditor    Geneva Construction Company attykv@yahoo.com
          Kenneth M Mastny    on behalf of Creditor    R.W. Dunteman Company ken.mastny@gmail.com,
          berglundmastny@aol.com
          Kenneth M Mastny    on behalf of Plaintiff    R.W. Dunteman Company ken.mastny@gmail.com,
          berglundmastny@aol.com
          Michael P Kelleher    on behalf of Debtor Dennis  Volpe mkelleherlaw@gmail.com
          Michael P Kelleher    on behalf of Joint Debtor E. Marianne Volpe mkelleherlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven C Lindberg    on behalf of Plaintiff    M & I Bank FSB bankruptcy@fallaw.com
          Timothy R Yueill    on behalf of Creditor    Deutsche Bank National Trust Company
          timothyy@nevellaw.com
          Toni  Dillon    on behalf of Creditor    Aurora Loan Services, Inc. tdillon@atty-pierce.com,
          northerndistrict@atty-pierce.com
                                                                          TOTAL: 19