UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
VOLPE, DENNIS § Case No. 09-44084
VOLPE, E. MARIANNE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 AHMS1 PO Box 619063 Dallas, TX 75261 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Aurora Loan Services PO Box 1706 Scottsbluff, NE 69363 | | | | | |
| | Creditor #: 3 Indy Mac Mortgage PO Box 78826 Phoenix, AZ 85062 | | | | | |
| | Creditor #: 4 Taylor, Bean & Whitaker 1417 North Magnolia Ocala, FL 34475 | | | | | |
| | Creditor #: 5 Toyota Financial PO Box 5855 Carol Stream, IL 60197 | | | | | |
| | Ocwen payoff of 1st mortgage | | | | | |
| | Pre-petition real estate taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TR | | | | | |
| BRENDA PORTER HELMS, TR | | | | | |
| Chicago Title Land trust | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dennis McNicholas attorney fees | | | | | |
| Excata Surveying | | | | | |
| First American Title charges | | | | | |
| Water bill reimbursement | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, UNITED STATES BANKRUPTCY COU | | | | | |
| DuPage county taxes | | | | | |
| Real Estate tax proration | | | | | |
| Town of Cicero stamps | | | | | |
| Real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 10 Citi P.O. Box 688901 Des Moines, IA 50368 | | | | | |
| | Creditor #: 11 CNH Capital PO Box 1083 Evansville, IN 47706-1083 | | | | | |
| | Creditor #: 12 Codilis & Associates 15W030 N. Frontage Rd. Suite 100 Willowbrook, IL 60527 | | | | | |
| | Creditor #: 13 CRA Payment Center PO Box 3900 Lancaster, PA 17604-3900 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 15 Florida Default Law Grooup, PL PO Box 25018 Tampa, FL 33622-5018 | | | | | |
| | Creditor #: 16 George M. Cohan, III 27790 Hacienda East Blvd. Unit 206A Bonita Springs, FL 34135 | | | | | |
| | Creditor #: 17 HSBC P.O. Box 17264 Baltimore, MD 21297 | | | | | |
| | Creditor #: 19 Laborers' Pension Fund 111 W. Jackson Blvd. Suite 1415 Chicago, IL 60604 | | | | | |
| | Creditor #: 20 Marshall C. Watson, PA 1800 NW 49th Street Suite 120 Fort Lauderdale, FL 33309 | | | | | |
| | Creditor #: 21 Mobil P.O. Box 688941 Des Moines, IA 50368 | | | | | |
| | Creditor #: 22 Shell Fleet P.O. Box 183019 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 23 Sprint PO Box 8077 London, KY 40742 | | | | | |
| | Creditor #: 24 Swift Financial PO Box 3023 Milwaukee, WI 53201 | | | | | |
| | Creditor #: 4 Bank of America P.O. Box 15710 Wilmington, DE 19886 | | | | | |
| | Creditor #: 5 Capital Management 726 Exchange Street Suite 700 Buffalo, NY 14210 | | | | | |
| | Creditor #: 6 Capital Management Services 726 Exchange St., Ste. 700 Buffalo, NY 14210 | | | | | |
| | Creditor #: 7 Central DuPage Hospital 0N025 Winfield Rd. Winfield, IL 60190-1295 | | | | | |
| 6 | ADVANTA BANK CORP | | | | | |
| 8 | AMERICAN EXPRESS BANK | | | | | |
| 3 | CHASE BANK USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA | | | | | |
| 5 | CNH CAPITAL | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 10 | FIA CARD SERVICES /BAKN OF AMERICA | | | | | |
| 9 | GENEVA CONSTRUCTION CO | | | | | |
| 11 | LABORERRS PENSION & WELFARE FUNDS | | | | | |
| 1 | RW DUNTEMAN CO | | | | | |
| 7 | ZARTLER, WAYNE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-44084 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VOLPE, DENNIS | | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| | VOLPE, E. MARIANNE | | 341(a) Meeting Date: | 12/23/09 |
| For Period Ending: | 12/06/14 | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 29W621 VALE ROAD, WEST CHICAGO, IL. (DE | 302,500.00 | 0.00 | | 0.00 | FA |
| 2. FLORIDA PROPERTY: 27790 HACIENDA , BONITA SPRINGS, | 135,000.00 | 0.00 | | 0.00 | FA |
| 3. FLORIDA PROPERTY: 5700 BONITA BEACH RD., UNIT 2, B | 135,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 20.00 | 20.00 | | 0.00 | FA |
| 5. CHECKING W/STATE BANK OF ILLINOIS | 160.00 | 160.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT AT COLONIAL BANK IN FL. | 90.00 | 90.00 | | 0.00 | FA |
| 7. ORDINARY HOUSEHOLD FURNISHINGS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8. ORDINARY WEARING APPAREL | 750.00 | 750.00 | | 0.00 | FA |
| 9. ONE WEDDING RING, AN ENGAGEMENT RING, AND A WOMAN' | 750.00 | 750.00 | | 0.00 | FA |
| 10. WIFE'S WHOLE LIFE POLICY WITH METLIFE (HUSBAND IS | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 11. ONE TERM LIFE POLICY WITH JACKSON NATIONAL LIFE (H | 0.00 | 0.00 | | 0.00 | FA |
| 12. HUSBAND'S TERM LIFE POLICY WITH JACKSON NATIONAL L | 0.00 | 0.00 | | 0.00 | FA |
| 13. DENNIS VOLPE HAS A 35% SHAREHOLDER INTEREST IN CEN | 0.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR, DENNIS VOLPE, HAS A REMAINDER INTEREST IN | 0.00 | 0.00 | | 21,472.00 | FA |
| 15. VEHICLE: 1995 BMW (110,000 MILES) | 2,700.00 | 2,700.00 | | 0.00 | FA |
| 16. VEHICLE: 2007 JEEP (28,000 MILES) | 23,710.00 | 23,710.00 | | 0.00 | FA |
| 17. COMPUTER AND PRINTER | 200.00 | 200.00 | | 0.00 | FA |
| 18. REFUND OF REOPENING FEE (u) | 0.00 | 0.00 | | 260.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $610,880.00 | $38,380.00 | | $21,732.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-44084    Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VOLPE, DENNIS | Date Filed (f) or Converted (c): 11/20/09 (f) |
| | VOLPE, E. MARIANNE | 341(a) Meeting Date: 12/23/09 |
| | | Claims Bar Date: 03/14/11 |

TFR filed. Final hearing September 5, 2014. Funds distributed to creditors on 9/8/14. Waiting for -0- balance bank statement to file TDR

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-44084 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VOLPE, DENNIS | Bank Name: | ASSOCIATED BANK |
| | VOLPE, E. MARIANNE | Account Number / CD #: | *******1723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6322 | | |
| For Period Ending: | 12/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/14 | 14 | First American Title Insurance Co | debtor's interest in mother's estae | | 21,472.00 | | 21,472.00 |
| | | FIRST AMERICAN TITLE INSURANCE CO | Memo Amount: 185,000.00 | 1129-000 | | | |
| | | | debtor's interest in mother's estae | | | | |
| | | | Memo Amount: ( 112,040.53 ) | 4110-000 | | | |
| | | | Ocwen payoff of 1st mortgage | | | | |
| | | | Memo Amount: ( 8,972.50 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | | Memo Amount: ( 2,940.71 ) | 4700-000 | | | |
| | | | Pre-petition real estate taxes | | | | |
| | | | Memo Amount: ( 6,041.45 ) | 2820-000 | | | |
| | | | Real Estate tax proration | | | | |
| | | | Memo Amount: ( 860.70 ) | 2820-000 | | | |
| | | | DuPage county taxes | | | | |
| | | | Memo Amount: ( 1,000.00 ) | 2500-000 | | | |
| | | | Dennis McNicholas attorney fees | | | | |
| | | | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | First American Title charges | | | | |
| | | | Memo Amount: ( 21,447.83 ) | 8500-000 | | | |
| | | | Dennis Volpe co-owner | | | | |
| | | | Memo Amount: ( 7,160.50 ) | 8500-000 | | | |
| | | | Buyers closing costs | | | | |
| | | | Memo Amount: ( 350.00 ) | 2500-000 | | | |
| | | | Excata Surveying | | | | |
| | | | Memo Amount: ( 1,859.00 ) | 2820-000 | | | |
| | | | Town of Cicero stamps | | | | |
| | | | Memo Amount: ( 414.78 ) | 2500-000 | | | |
| | | | Water bill reimbursement | | | | |
| | | | Memo Amount: ( 250.00 ) | 2500-000 | | | |
| | | | Page Subtotals | | 21,472.00 | 0.00 | |

Ver: 18.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44084 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VOLPE, DENNIS | | Bank Name: | ASSOCIATED BANK |
| | VOLPE, E. MARIANNE | | Account Number / CD #: | *******1723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6322 | | | |
| For Period Ending: | 12/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/14 | 010001 | Clerk, United States Bankruptcy Court | Chicago Title Land trust reopening fee | 2700-000 | | 260.00 | 21,212.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.69 | 21,180.31 |
| 07/02/14 | 18 | United States Treasury | refund of reopening fee | 1290-000 | 260.00 | | 21,440.31 |
| 09/08/14 | 010002 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 4,000.00 | 17,440.31 |
| 09/08/14 | 010003 | The Helms Law Firm P.C. | Chapter 7 Expenses | 2200-000 | | 19.68 | 17,420.63 |
| 09/08/14 | 010004 | RW Dunteman Co<br>Berglund Armstrong & Mastney<br>c/o Kenneth Mastny<br>1010 Jorie Blvd #370<br>Oak Brook IL 60523 | Claim 1, Payment 2.30222% | 7100-000 | | 1,642.68 | 15,777.95 |
| 09/08/14 | 010005 | FIA Card Services /Bakn of America<br>by American InfoSource LP agent<br>P.O. Box 248809<br>Oklahoma City OK 73124 | Claim 10, Payment 2.30218% | 7100-000 | | 243.78 | 15,534.17 |
| 09/08/14 | 010006 | Laborerrs Pension & Welfare Funds<br>Office of Fund Counsel c/o<br>C. Krivanek<br>111 W. Jackson Blvd. #1415<br>Chicago IL 60604 | Claim 11, Payment 2.30223% | 7100-000 | | 4,813.58 | 10,720.59 |
| 09/08/14 | 010007 | Discover Bank<br>DFS Services LLC<br>P.O. Box 3025<br>New Albany OH 43054 | Claim 2, Payment 2.30222% | 7100-000 | | 109.45 | 10,611.14 |
| 09/08/14 | 010008 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Claim 3, Payment 2.30214% | 7100-000 | | 49.51 | 10,561.63 |
| 09/08/14 | 010009 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Claim 4, Payment 2.30224% | 7100-000 | | 488.98 | 10,072.65 |
| | | | Page Subtotals | | 260.00 | 11,659.35 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44084 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VOLPE, DENNIS | | Bank Name: | ASSOCIATED BANK |
| | VOLPE, E. MARIANNE | | Account Number / CD #: | *******1723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6322 | | | |
| For Period Ending: | 12/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | 010010 | CNH Capital<br>P.O. Box 1083<br>Evansville IN 47706 | Claim 5, Payment 2.30220% | 7100-000 | | 236.09 | 9,836.56 |
| 09/08/14 | 010011 | Advanta Bank Corp<br>c/o Becket and lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Claim 6, Payment 2.30227% | 7100-000 | | 193.90 | 9,642.66 |
| 09/08/14 | 010012 | Wayne Zartler<br>4N650 Turnmill<br>West Chicago IL 60185 | Claim 7, Payment 2.30222% | 7100-000 | | 1,956.89 | 7,685.77 |
| * 09/08/14 | 010013 | United States Bankruptcy Court<br>IL | Claim 8, Payment 2.30222%<br>American Express Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | 7100-004 | | 4.24 | 7,681.53 |
| * 09/08/14 | 010013 | United States Bankruptcy Court<br>IL | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -4.24 | 7,685.77 |
| 09/08/14 | 010014 | Geneva Construction Co<br>c/o Kathleen Vaught<br>600 W. Roosevelt Road #B-1<br>Wheaton IL 60187 | Claim 9, Payment 2.30222% | 7100-000 | | 7,681.53 | 4.24 |
| 10/08/14 | 010015 | American Express Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution | 7100-000 | | 4.24 | 0.00 |

Page Subtotals 0.00 10,072.65

Ver: 18.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44084 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VOLPE, DENNIS | Bank Name: | ASSOCIATED BANK |
| | VOLPE, E. MARIANNE | Account Number / CD #: | *******1723  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6322 | | |
| For Period Ending: | 12/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 185,000.00 | COLUMN TOTALS | 21,732.00 | 21,732.00 | 0.00 |
| Memo Allocation Disbursements: | 163,528.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 21,732.00 | 21,732.00 | |
| Memo Allocation Net: | 21,472.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 21,732.00 | 21,732.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 185,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 163,528.00 | Checking Account (Non-Interest Earn - *******1723 | 21,732.00 | 21,732.00 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 21,472.00 | | 21,732.00 | 21,732.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                    /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 12/06/14
                    BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00      0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*